IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. CALOB SCOTT FAIRBURN, Defendant. | CR 22-30-BLG-SPW<br><br>FINAL ORDER OF FORFEITURE |
|---|---|

Whereas, in the indictment in the above-captioned case, the United States sought forfeiture, pursuant to 21 U.S.C. § 853, of any real or personal property of the defendant used or intended to be used to facilitate, or as proceeds of said violation;

And whereas, on June 2, 2022, Calob Scott Fairburn entered a plea of guilty to the indictment, which charged him prohibited person in possession of a firearm;

And whereas, by virtue of said guilty plea, the United States is entitled to possession of said property, pursuant to 18 U.S.C. § 924(d), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

1

And whereas, beginning on June 4, 2022, and ending on July 3, 2022, the United States published on an official government internet site (www.forfeiture.gov), notice of this forfeiture and of the United States' intent to dispose of the property listed below in accordance with federal law, under 21 U.S.C. § 853(n)(1):

- HiPoint C9 Pistol CAL:9 SN:P1274347;
- 8 Rounds Speer Ammunition CAL:9;
- 49 Rounds Speer Ammunition CAL:9; and
- 19 Rounds Armco Ammunition CAL:223.

And whereas, the Court has been advised that no claims have been made in this case regarding the property and the United States is not aware that any such claims have been made;

ACCORDINGLY, IT IS ORDERED as follows:

1. The United States shall seize the forfeited property described above;

2. The right, title, and interest in the property is condemned, forfeited, and vested in the United States of America for disposition according to applicable law; and

3. The Clerk is directed to send copies of this order to all counsel of record and the defendant. The Clerk is further directed to send three certified copies of this order to the United States Marshal.

DATED this 8th day of August, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court