IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-30-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| CALOB SCOTT FAIRBURN, | |
| Defendant. | |

Upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that sentencing currently scheduled for Friday, October 28, 2022 at 9:30 a.m., is **VACATED** and **RESET** to commence on **Thursday, October 27, 2022 at 3:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 12th day of October, 2022.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1